UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Meizhen Wang, | Case No.: 2:23-cv-01097-JAD-BNW |
|---|---|
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation Regarding Motion to Amend Complaint** |
| Costco Wholesale Corporation; Doe Equipment Operator, et al., | [ECF Nos. 16, 20] |
| Defendants | |

The magistrate judge has considered the plaintiff's motion to file an amended complaint[1] and recommends that the motion be granted in part and denied in part: Plaintiff may amend the complaint to (1) clarify the type of equipment that caused the accident, and/or (2) add that she is pursuing a respondeat superior theory of liability, and/or (3) remove the Doe Equipment Operator, but she may not substitute in Leonardo Lopez as a party.[2] The deadline for any party to object to that recommendation was yesterday, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 16.

[2] ECF No. 20.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 20] is ADOPTED** in its entirety.  The motion to amend **[ECF No. 16] is granted in part and denied in part** as set forth in that recommendation.

_____
U.S. District Judge Jennifer A. Dorsey
January 25, 2024