**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**MAEGUN C. MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
*COSTCO WHOLESALE CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEIZHEN WANG, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOE EQUIPMENT OPERATOR; DOES 2-20 and ROE BUSINESS ENTITIES 1-20 inclusive,<br><br>Defendant. | Case No.  2:23-cv-01097-JAD-BNW<br><br><br><br>[ECF No. 51] |

## STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, COSTCO WHOLESALE CORPORATION, and MEIZHEN WANG by and through their respective attorneys of record, that all claims made by Plaintiff MEIZHEN WANG be dismissed with prejudice, with each of the parties to pay their own attorneys' fees, costs, and interests herein incurred.

1

No Scheduling Order or Request for Trial Setting was filed and no trial date has been set.

| January 15, 2026 | November 5, 2025 |
|---|---|
| **RICHARD HARRIS LAW FIRM** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| /s/ *Clark Seegmiller* | /s/ *Maegun Mooso* |
| _____ | _____ |
| **CLARK SEEGMILLER, ESQ.** | **GEORGE M. RANALLI, ESQ.** |
| Nevada Bar No.: 3873 | Nevada Bar No.: 5748 |
| 801 South Fourth Street, | **MAEGUN MOOSO, ESQ.** |
| Las Vegas, Nevada 89101 | Nevada Bar No.: 15067 |
| Attorney for Plaintiff | 2340 W. Horizon Ridge Parkway, Suite 100 |
| | Henderson, Nevada 89052 |
| | Attorneys for Defendant |

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2340 W. Horizon Ridge Parkway, Suite 100*
*Henderson, Nevada 89052*
*Telephone: (702) 477-7774 Fax: (702) 477-7778*

2

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## **ORDER**

Based on the parties' stipulation [ECF No. 51] and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 20, 2026

3